FILED by RB D.C.
ELECTRONIC
June 17, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARY R. CHAVEZ & MRC/PAGASUS/ :
INCA STORAGE,
    Plaintiffs; :

:

  -vs-              Case No.

:

TRESSIE SHAHNASARIAN, CONNIE :
MILLER, PEGGY MERRITT, FRANCISCO
CASTILLO & REAL PROPERTY :
LOCATED AT 9455 & 9465 S.E.
FEDERAL HIGHWAY, HOBE SOUND :
PROPERTY ID: 34-38-42-061-000-00061-3
    Defendants; :

## COMPLAINT

  Plaintiffs bring this action pursuant to the Federal Civil Rights, Equal Opportunity and Racial Discrimination Act, as authorized under Title VIII 28 U.S.C. : 1331; VII 1969.

  Additionally, plaintiffs charge defendants with violation of plaintiffs' constitutional rights to equal protection and due process of the laws as guaranteed under the fourteenth amendment. Defendants have/ARE acting in violation of Federal Victim/Witness Act, 18 U.S.C. : 1512 (d) and 1513 (d).

## JURISDICTIONAL STATEMENT

  Plaintiffs submit, that this Court has jurisdiction in this case pursuant to 28 U.S.C. : 1331, 1391 and Civil Rights Act, Title VIII 1964.

  The defendants' property, and two of the defendants are found as with the cause of action and the Southern District of Florida.

1

## JURY DEMAND

Plaintiffs hereby invoke their rights to a trial by a jury on the facts and cause(s) of action in this case pursuant to Federal Rules of Civil Procedure, Title 28, Rule 38 (b).

## PARTIES IN ACTION

**PLAINTIFFS:**   MARY R. CHAVEZ
9465 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

MRC/PAGASUS/INCA STORAGE
9455 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

**DEFENDANTS:**   TRESSIE SHAHNASARIAN
P.O. BOX 262
HOBE SOUND, FL 33475

CONNIE MILLER
12716 CR2
MIDDLEBURY, IN 46540

PEGGY MERRITT
10778 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

FRANCISCO A. CASTILLO
9455 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

## FACTUAL BACKGROUND

Beginning on or about July 8, 2010 and continuing to about December 20, 2010, plaintiffs were in negotiations with defendant Connie Miller (hereafter referred to as MILLER) by and through Peggy Merritt (hereafter referred to as MERRITT).

These negotiations were concerning the Lease/Purchase of the Real Property located at 9455 and 9465 S.E. Federal Highway, Hobe Sound, FL (hereafter referred to as PROPERTY), which MILLER claimed to have ownership and clear title to.

On or about December 15, 2010, plaintiffs were approached by defendant MERRITT, claiming to act on behalf of defendant MILLER and Tressie Shahnasarian (hereafter referred to as SHAHNASARIAN). Defendant MERRITT offered PROPERTY to plaintiffs for $505,000 on a lease/purchase basis given the extensive repairs.

INITIAL OFFER, titled "Purchase Agreement" was submitted to plaintiffs via defendant MERRITT on or about December 18, 2010.

This offer contained several changes by defendant MILLER in initials signed by her. She claimed to be acting on behalf of SHAHNASARIAN.

Plaintiffs, Mary R. Chavez (hereafter referred to as CHAVEZ), rejected the amended offer, claiming it would take more than six months to complete the extensive repairs to the property and establish her business at the location.

Defendant MERRITT advised CHAVEZ that she should make any necessary corrections to the Purchase Agreement and return the same to her Century 21 Office.

On or about December 22, 2010, CHAVEZ forwarded the amended Purchase Agreement to MILLER via MERRITT.

On or about December 27, 2010, defendants MILLER and SHAHNASARIAN, by and through defendant MERRITT, notified plaintiff that Purchase Agreeement, as amended by plaintiff CHAVEZ, had been accepted and that the down payment and first monthly payment should be sent to defendant MILLER via cashier's check.

Defendant MERRITT provided plaintiff with a faxed copy of the approved Purchase Agreement when she accepted cashier's check and overnight envelope package.

Defendant MERRITT provided keys to the property, buildings and gates.

Plaintiffs have established two gainfully productive businesses at the location and have made necessary repairs and improvements to the PROPERTY at their own expense.

On or about March 7, 2011 defendant Francisco A. Castillo (hereafter referred to as CASTILLO), by and through defendant MERRITT, introduced two fabricated and forged leases; and one fraudulent and forged money receipt, claiming he had leased a shop at the north end of the 9455 building at said PROPERTY.

3

The defendants did enter into an unlawful agreement with one another, with purpose and intent to prohibit plaintiffs' control, possession and use of the PROPERTY.

The defendant CASTILLO has, or is, using misleading, threatening and intimidating conduct towards plaintiffs in criminal violation of the Federal Victim/Witness Act, 18 U.S.C. : section 1512 (d) and 1513 (d).

Plaintiffs have not now or ever had any agreement with CASTILLO nor has he paid plaintiff any money for use of the shop.

CASTILLO is holding the shop hostage without consent of the parties.

## ALLEGATIONS

### COUNT 1

Defendants SHAHNASARIAN, MILLER and MERRITT; by and through defendant MERRITT did on or about December 20 and December 28, 2010 enter into an amended Purchase Agreement with intent to defraud Plaintiffs of the investments and property and use and ownership of the site.

To wit: defendants conspired with one another to use oral and wired communications in interstate commerce to defraud plaintiffs of monies paid and made. Violation of 18 U.S.C. 1341 through 1343.

### COUNT 2

On or about December 28, 2010, defendant MILLER did take plaintiffs' money, interstate commerce in violation of federal mail fraud statutes. Said defendant entered into an amended Purchase Agreement with intent and purpose to not permit plaintiffs the rights and privileges afforded therein through July 3, 2014. The said acts are solely the result of MILLER becoming aware of plaintiff CHAVEZ'S minority status.

### COUNT 3

The defendants, MILLER and MERRITT, by and through the misleading conduct of CASTILLO, solely because plaintiff CHAVEZ being a Hispanic minority, did seek to prevent plaintiff from operating the lawful businesses as afforded under the Purchase Agreement.

To wit: defendants MILLER, MERRITT and CASTILLO conspired with others unknown by name to abandon the property of interest and investments of the same by and through the use of forged documents and receipts.

Said actions by the defendants are in violation of the Equal Protection and Due Process Clauses of the Constitution under the 14th Amendment and the Federal Victim/Witness Protection Act 18 U.S.C. : 241, 1512 (d) and 1513 (d).

## COUNT FOUR

Defendants MILLER, MERRITT and CASTILLO did, via the use of the U.S. Postal Service and interstate wide communications, engage in misleading conduct when the same produced and presented forged "Lease Agreements" and "Receipt".

To wit: the defendants in conjunction one another sought to punish and retaliate against plaintiff CHAVEZ for her filing of a racial discrimination complaint against the same with federal authorities. The said actions of defendants violate the Federal Victim/Witness Protection Act 18 U.S.C. : 241, 1512 (d) and 1513 (d).

## COUNT FIVE

From on or about January 10, 2011, continuing to date, defendant CASTILLO, aiding and abetting defendants MILLER and MERRITT through the use of wire communications, have threatened to cause permanent and irreversible injuries to plaintiff.

Defendant CASTILLO has used forged documents in order to defraud plaintiff CHAVEZ of $28,011.63, in violation of the Equal Protection and Due Process clauses of the Constitution under the 14th Amendment and Federal Victim/Witness Protection Act 18 U.S.C. : 1341 through 1343, 1512 (d) and 1513 (d).

## COUNT SIX

From on or about February 20, 2011, continued to date, the defendants have prevented plaintiffs' lawful fulfillment of the amended Purchase Agreement of December 28, 2010. In that, said defendants have knowingly prohibited plaintiff from using, controlling and executing said purchase agreement guarantees.

Defendants have prevented plaintiffs from operating business, repossessing, controlling said properties and ordering appraisals, surveys and EPA reports. The defendants are refusing to comply with the amended Purchase Agreement guarantee for use until closing July 3, 2014, as

5

agreed. The said denials are solely due to plaintiff CHAVEZ'S status as a minority and with the purpose and intent to discriminate against the same.

### COUNT SEVEN

The defendants have and are conspiring with one another to retaliate against plaintiff CHAVEZ as a minority single mother. The said retaliation is intended to punish the same for cooperation with federal authorities in official proceedings targeting racial discrimination against minority business owners in Martin County, Florida. The same in violation of the Equal Protection and Due Process clauses of the 14th Amendment of the Constitution and 18 U.S.C. : number 241, 21512 (c), (h), (a) and 1513 (a-c).

### COUNT EIGHT

On or about March 9, 2011, CASTILLO unlawfully took documents from plaintiff from the upper storage area of 1954 [9455] S.E. Federal Highway, Hobe Sound, FL without the consent, permission or knowledge of CHAVEZ. This was intent to intimidate the same and cause the same to withhold official documents in proceedings. Said acts by CASTILLO are in violation of Federal Victim/Witness Protection Act 18 U.S.C. : 1812 (c), (d) and 1513 (b), (e) in Equal Protection and Due Process Acts.

### COUNT NINE

Beginning on or about March 9, 2011, continuing to date, defendant CASTILLO has, before witness and posted video security surveillance, unlawfully stolen the mail from the U.S. Postal Service addressed to plaintiffs. The said theft occurred from the mailbox of 9465 S.E. Federal Highway, Hobe Sound, Florida in violation of 18 U.S.C. : Section 1702 through 1704 and 1512 (d), 1513 (e). The said acts are with the knowledge and consent of defendants MILLER and MERRITT.

### COUNT TEN

Beginning on or about February 27, 2011, and continuing to date, defendant CASTILLO has unlawfully made video and audio recordings of plaintiffs' property. Said acts are after having received written, posted notice via certified mail plaintiffs' demand to cease and desist said recordings while plaintffs and /or plaintiffs' customers are present. Said recordings were made without consent and/or knowledge of plaintiff and/or customers. The same is in violation of 18 U.S.C. : 2511-2515 Equal Protection and Due Process laws of the 14th Amendment. Said acts by

6

CASTILLO intended to intimidate plaintiff CHAVEZ against evidence from defendant despite previous formal notice to cease and desist.

## DAMAGES

1. Public injunction: requiring enforcement of amended Purchase Agreement dated December 20 and December 28, 2010 through July 3, 2014, at a purchase price of $459,000.
2. Public injunction: defendant CASTILLO contact with the plaintiff and/or plaintiffs' property or customers.
3. Punitive damages: $750,000 of MILLER and SHAHNASARIAN, jointly.
4. Punitive damages: in the amount of $520,000 from MERRITT, individually.
5. Punitive damages: in the amount of $35,452 from CASTILLO, individually.
6. Actual damages: from MERRITT and MILLER in the amount of $18,717.28, jointly.
7. Actual damages: from CASTILLO in the amount of $8,011.63.
8. Reasonable attorney fees and court costs.
9. Permanent Injunction prohibiting defendants' use of the property located at 9455 and 9456 S.E. Federal Highway, Hobe Sound, FL.

## CONCLUSION

RESPECTFULLY SUBMITTED this __6__ day of __17__ 2011, under the penalties of perjury based upon my actual experiences and to the best of my knowledge and beliefs.

_____
MARY R. CHAVEZ on behalf of MRC/PAGASUS/INCA STORAGE
9455 AND 9465 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

_____
MARY R. CHAVEZ
9465 S.E. FEDERAL HIGHWAY
HOBE SOUND, FL 33455

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** MARY R. CHAVEZ / INCH STORAGE / PAC-PSU'S

**DEFENDANTS** TRESSIE SHAHNASARIAN, CONNIE MILLER, PEGGY MERRIT, FRANCISCO CASTILLO

**(b)** County of Residence of First Listed Plaintiff   MARTIN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   MARTIN
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
NOT KNOW AT THE TIME
MARY R. CHAVEZ
9465 SE Federal Hwy
HOBE SOUND FL. 33455

Attorneys (If Known)
NOT KNOW AT TIME

**(d)** Check County Where Action Arose:   ☐ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☒ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

11CV14209 DLG/FJL

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
42 USC 1983 Discrimination

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** 1,252,181.04

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
[signature]

DATE 6/17/2011

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP _____